UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER DUNN | CIVIL ACTION |
| VERSUS | |
| STATE FARM FIRE AND CASUALTY COMPANY | NO. 23-01220-BAJ-SDJ |

## JUDGMENT

Considering the **Voluntary Motion To Dismiss Without Prejudice (Doc. 10)**, which represents that Plaintiff no longer wishes to pursue this claim,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the telephone status conference set for May 7, 2024, be and is hereby **CANCELLED**.

Baton Rouge, Louisiana, this 7th day of May, 2024

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA